

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

Application **GRANTED**.  Plaintiff shall file a motion for default no later than **October 27, 2023.**

September 22, 2023

Dated: September 25, 2023
New York, New York

*Via ECF*
Hon. Lorna Gail Schofield
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *Josh Withers v. SRmedia Digital Publishing LLC*
      Docket No: 1:23-cv-06036-LGS

Dear Judge Schofield:

    We represent plaintiff Josh Withers ("Plaintiff") in the above-captioned matter and write pursuant to Section I.B.3 of the Court's Individual Practices to respectfully request a brief extension of the deadline for Plaintiff to move for entry of default judgment against defendant SRmedia Digital Publishing LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2), an additional thirty (30) days, to October 27, 2023.

    Plaintiff's counsel's general procedure is to attempt to make any and all efforts to contact a defaulting defendant, or any counsel that we may be able to identify, in an effort to resolve the matter with the defaulted defendant prior to seeking a default judgment. Or, if contact is made but resolution is not possible, to proceed with the action through litigation for a final determination on the merits of the claim. In that regard, Plaintiff is currently attempting to contact the Defendant, in the hope of resolving this matter and, on or about September 19, 2023, sent copies of the Clerk's entry of defaults to the Defendant via e-mail as well as physical mailing, in the hope of resolving this matter, but a response has not yet been received. Plaintiff will continue all efforts to make contact with the Defendant.

    In light of the above, Plaintiff respectfully submits that his efforts to contact the Defendant was due to an effort to avoid the waste of judicial resources, which would result from Defendant filing an appearance only after a motion for default judgment had been filed.

    The original deadline to move for entry of default judgment is September 27, 2023 [Dkt. No. 19] and no previous requests have been made or granted/denied. Defendant is in default and therefore neither opposes nor consents to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s *Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert